IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DALE RUSSELL, AIS # 112117, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:20-CV-636-WKW ) [WO] |
| WARDEN REOSHA BUTLER, *et al.*, in their individual and official capacities, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On May 23, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 58.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 58) is ADOPTED.

(2) Defendants' Answer and Special Report (Doc. # 28) is construed as a motion for summary judgment.

(3) Summary judgment is GRANTED in favor of Defendants Butler and Teal on all claims asserted against them.

(4) All claims against Defendant Grant are DISMISSED with prejudice.

(5) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 22nd day of June, 2023.

                                                 /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE